D. CHRIS ALBRIGHT, ESQ.
Nevada Bar No. 004904
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada  89106
Tel:  (702) 384-7111
Fax: (702) 384-0605
dca@albrightstoddard.com
*Attorney for Defendants Dwight L. Patterson*
  *and Laurie M. Patterson*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRATT INDUSTRIES, LLC; TROY BAKER; and MATTHEW SHEPARD, | CASE NO.:  2:21-cv-00191-RFB-DJA |
| Plaintiffs/Counterdefendants, | |
| v. | **ORDER FOR EXAMINATION OF JUDGMENT DEBTORS** |
| DWIGHT L. PATTERSON and LAURIE M. PATTERSON, Individually and as Trustees of the PATTERSON REVOCABLE TRUST; SANTA FE BUSINESS BROKERS, LLC, d/b/a SAM GOLDENBERG & ASSOCIATES; SUNBELT NEW MEXICO BUSINESS BROKERAGE, LLC; and MICHAEL GREENE, | |
| Defendants/Counterclaimans. | |

It appearing to the Court that a Foreign Judgment was entered and localized against Defendant TROY BAKER, an individual, on October 2, 2020, in the amount of $59,845.82, and that the same remains unsatisfied; and whereas NRS 21.270 provides for an Examination of the Judgment Debtor under such circumstances.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendant TROY BAKER, appear at the law offices of ALBRIGHT, STODDARD, WARNICK & ALBRIGHT located at 801 South Rancho Drive, Suite D-4, Las Vegas, Nevada, on **March 8, 2021**, at the hour of **10:00 a.m.**, to make discovery on oath concerning his assets, and the Judgment

LAW OFFICES
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
A PROFESSIONAL CORPORATION
QUAIL PARK, SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106

1  Debtor be and hereby is forbidden in the meantime or thereafter from disposing of or transferring

2  any property or assets not exempt from execution.

3  **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that at the time

4  designated for the examination, the Judgment Debtor will provide the documents and records as

5  set forth in **Exhibit "A,"** attached hereto.

6  **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that a copy of this Order

7  be forthwith served upon said Judgment Debtor.

8  Failure to appear at the time and place above may result in a Bench Warrant being issued

9  for your arrest, and any bail posted to effectuate a release of an arrest, pursuant to the Bench

10  Warrant, shall be paid to the Judgment Creditor as payment toward the outstanding Judgment.

11  **IT IS SO ORDERED** this  4th  day of February, 2021.

12

13

14  DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

15  Submitted by:
**ALBRIGHT, STODDARD, WARNICK**

16  **& ALBRIGHT**

17

18  D. CHRIS ALBRIGHT, ESQ., # 004904
801 South Rancho Drive, Suite D-4

19  Las Vegas, Nevada  89106
Tel:  702.384.7111

20  Fax:  702.384.0605
dca@albrightstoddard.com

21  *Attorney for Defendants Dwight L. Patterson*

22   *and Laurie M. Patterson*

23

24

25

26

27

28

LAW OFFICES
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
A PROFESSIONAL CORPORATION
QUAIL PARK, SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106

**EXHIBIT "A"**

**LIST OF DOCUMENTS AND RECORDS TO BE
PRODUCED BY JUDGMENT DEBTOR**

1.      If employed, your employer's name, your salary, and your job title.

2.      A complete inventory of all items of personal property, of any nature whatsoever, owned by you, or by any business or trust entity under your full or partial, direct or indirect, control or of which you are a beneficiary, including automobiles, boats, household fixtures, furnishings, appliances and clothing, whether paid for or not.  If the personal property is not in your possession but in the possession of another person, designate the name and address of the person having possession of the property.

3.      A list of all real property owned by you or by any business or trust entity under your full or partial, direct or indirect, control or of which you are a beneficiary and, if occupied by Tenants, please state the following:

a.      Tenants' names;
b.      Tenants' addresses;
c.      Amount of monthly rent.

4.      A copy of all documents regarding any and all real estate or other property owned by you, or by any business or trust entity under your full or partial, direct or indirect, control or of which you are a beneficiary.  The requested documents specifically include all Deeds, Deeds of Trust, Mortgage Applications, Closing Statements, coupon books, statements of account, credit reports, title insurance policies, and all other information in any way reflecting your involvement with, your ownership of, or your transactions in regard to real estate or other property owned by you.

5.      A copy of any and all Lease(s) regarding any real estate or other property not owned but leased by you, or by any business or trust entity under your full or partial, direct or indirect, control or of which you are a beneficiary for which regular monthly lease payments are being made.

6.      Your income tax returns and quarterly estimates of federal or state income taxes for the current and past five years.

7.      ALL bank statements, and canceled checks from any and all checking accounts, savings account records, safe deposit boxes, and any certificates of stock and bonds owned by you or by any business or trust entity under your full or partial, direct or indirect, control or of which you are a beneficiary or in which you have had any interest whatsoever either alone or jointly with any person or entity for three years preceding the date of this Order.

8.      All life insurance policies now upon your life or naming you as beneficiary therein.

9.      All evidence of any and all notes, contracts, negotiable instruments or accounts receivable, whether due or not due, belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons or entity(ies) for five years preceding the date of this Order.

LAW OFFICES
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
A PROFESSIONAL CORPORATION
QUAIL PARK, SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106

10.    All fire, burglary, and extended coverage insurance policies now in force upon any real estate or personal property (including copies of insurance inventories) owned by you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for one year preceding the date of this Order.

11.    Any and all information regarding any employment you have had during the last five years, including, but not limited to, independent contractor agreements, performance agreements, employment contracts, policy manuals, benefit handbooks and pay stubs regarding such employment, whether full-time, part-time, commissioned or otherwise.

12.    Your social security number and a copy of your driver's license.

13.    All titles, bills of sale, or contracts of sale upon personal property including, but not limited to, automobiles, boats, household goods, miscellaneous furniture and fixtures belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for five years preceding the date of this Order.

14.    All automobile or personal property casualty or collision or all risk insurance policies presently owned by you.

15.    All evidence of mining claims, patents or development work owned by you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons or entity(ies) for five years preceding the date of this Order.

16.    All documents which represent any trademark, trade name, copyright, or patent in which you have or have had an interest or in which an entity owned, in whole or in part, by you has or has had any interest.

17.    All general ledgers, accounting journals, financial statements or other financial records prepared or maintained during the last five years for or by you or for or by any entity in which you have any interest.

18.    **If you are employed by, act as an agent for, or are a partner in a business entity, the proprietor of a business entity, own more than 10% of the stock of an incorporated business entity, or have been an officer, director, member or manager of a corporation, limited liability company, or other business entity, within the last five years, you are required to bring with you (in regards to said business entity(ies)), the following documents:**

A.    Copies of all corporate articles, minutes, bylaws, stock transfers, ledgers and other "corporation" records.

B.    Copies of any partnership or joint venture or operating agreements or bylaws and all correspondence related thereto.

C.    Copies of all tax returns for such business(es) filed within the last five years.

D.    Copies of any and all Securities and Exchange Commission filings, other public filings, prospectuses, or any investor disclosure documents filed with any public entity or submitted or made available to the public or any potential investors by or on behalf of such business(es) within the last five years.

- 4 -

LAW OFFICES
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
A PROFESSIONAL CORPORATION
QUAIL PARK, SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106

E.      Copies of any and all documents whereby you acquired or disposed of an interest in any such business(es) within the last five years.

F.      Copies of any employment or consulting contracts to which you or the business are a party.

G.      <u>ALL</u> bank statements for all accounts on which you have been a signatory during the last five years.

H.      All checkbooks with check stubs for the last five years, and any and all general ledgers or journals recording the financial activity of such business(es).

I.      Any savings account books with you as signatory.

J.      Any notes owed to the business(es).

K.      Copies of all accounts receivable documents, both current and for five years prior to the date of this Order.

L.      A copy of any and all leases regarding any real estate or other property now owned by yourself or the business(es), but for which regularly monthly lease payments are being made by yourself or on behalf of the business(es).

M.      A list of any and all vehicles owned by the business(es).

N.      All general ledgers, accounting journals, financial statements or other financial records prepared or maintained during the last five years by the business.